# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARCLAYS CAPITAL INC., a Connecticut corporation,<br><br>       Petitioner,<br><br> vs.<br><br>WATT WETMORE WEBB, an individual,<br><br>       Respondent. | Civil Case No. 2:16-cv-00733-CBM-RAOx<br><br>**JUDGMENT**<br>**[JS-6]** |

Pursuant to the Court's Order Granting Motion for Confirmation of Arbitration Award (Dkt. No. 19), judgement is hereby entered in conformity with the arbitration award issued by the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution arbitration panel in the binding arbitration titled *Barclays Capital Inc. v. Watt Wetmore Webb,* FINRA Arbitration Case No. 14-01677 (Dec. 11, 2015).

Dated:  July 19, 2016

                     _____
                     The Honorable Consuelo B. Marshall
                     United States District Court for the
                     Central District of California