# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARCLAYS CAPITAL INC., a Connecticut corporation,<br><br>Petitioner,<br><br>vs.<br><br>WATT WETMORE WEBB, an individual,<br><br>Respondent. | Civil Case No. 2:16-cv-00733-CBM-RAOx<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |

IT IS HEREBY ADJUDGED and DECREED that judgment is entered consistent with the arbitration award (the "Award") issued by the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution arbitration panel in the binding arbitration between Petitioner Barclays Capital Inc. ("Barclays") and Respondent Watt Wetmore Webb ("Webb"), titled *Barclays Capital Inc. v. Watt Wetmore Webb,* FINRA Arbitration Case No. 14-01677, as follows:

1. Webb is liable for and shall pay to Barclays the amount of

AMENDED JUDGMENT

1   $2,085,561.65, which is the sum of $1,377,858.00 for principle due under the Note; $27,158.00 for interest compounded annually from April 1, 2015 to November 20, 2015; $652,952.21 in attorney's fees; and $27,593.44 in costs;

2. Webb is liable for and shall pay to Barclays ten percent (10%) simple interest on the amount of $2,085,561.65 from the date of service of the Award, December 14, 2015, until that amount is paid in full; and

3. Webb is liable for and shall pay to Barclays $854.16 in pre-judgment daily interest, calculated from November 20, 2015 until the date of service of the Award.

IT IS SO ADJUDGED and DECREED.

Dated:  August 18, 2016

_____
The Honorable Consuelo B. Marshall
United States District Court for the
Central District of California

CC: FISCAL